DECEDENT: 3E, **KELLI M.**      CASE #   T2010-72224

| Medication/ Description | Dosage/ Regimen | Amt Prescribed/ Remaining | Pharmacy/ Phone | Last Filled Date/ RX Number | Prescribed By/ Phone |
|---|---|---|---|---|---|
| QUETIAPINE | 100 MG | 540 | VAMC HAMPTON | 01/14/2010 | NELSON MONROY |
|  | .5 PO BID AND 5 PO Q | 139.5 |  | 3290083 |  |

Inventoried By/ Date:   BRANDY MORGAN   11/13/2010   2:29:00AM     Destroyed By/ Date: _____

Prescribed to:

| Medication/ Description | Dosage/ Regimen | Amt Prescribed/ Remaining | Pharmacy/ Phone | Last Filled Date/ RX Number | Prescribed By/ Phone |
|---|---|---|---|---|---|
| CARBAMAZEPINE | 200 MG | 120 | VAMC HAMPTON | 10/19/2010 | WILLIAM MCDANIEL |
|  | 2 PO QHS | 126.5 |  | 3485594 |  |

Inventoried By/ Date:   BRANDY MORGAN   11/13/2010   2:29:00AM     Destroyed By/ Date: _____

Prescribed to:

Exhibit 4

| Medication/ Description | Dosage/ Regimen | Amt Prescribed/ Remaining | Pharmacy/ Phone | Last Filled Date/ RX Number | Prescribed By/ Phone |
|---|---|---|---|---|---|
| QUETIAPINE | 300 MG | 30 | VAMC HAMPTON | 09/28/2010 | WILLIAM MCDANIEL |
|  | 1 PO QHS | 0 |  | 3432877 |  |

Inventoried By/ Date:   BRANDY MORGAN   11/13/2010   2:29:00AM     Destroyed By/ Date: _____

Prescribed to:

ME Signature _____    ME Name (Print) WENDY M GUMPTER MD

Print Date: 11/13/2010      2