```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                    NORFOLK DIVISION


DARLA GRESE, Administrator  )
of the Estate of KELLY      )
MARIE GRESE, deceased,      )
                            )
          Plaintiff,        )  CIVIL ACTION
v.                          )  No.: 2:12cv57
                            )
UNITED STATES OF AMERICA,   )
                            )
          Defendant.        )
```

DEPOSITION UPON ORAL EXAMINATION OF

DR. THOMAS TSAO

TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

Thursday, September 20, 2012



ZAHN COURT REPORTING
Exhibit 30
www.zahncourtreporting.com

```
 1   psychopharmacology?
 2         A.    Yes, Stahl's textbook that I already
 3   referred to.
 4         Q.    Do you recognize the Textbook of
 5   Psychopharmacology by The American Psychiatric
 6   Publishing Company?
 7         A.    I think that's Stahl's book, actually.
 8         Q.    Ah.
 9         A.    Or he's the major contributor to it.
10         Q.    And how about Goodman & Gilman's
11   The Pharmacological Basis of Therapeutics?
12         A.    I didn't consult that one, no.
13         Q.    Doctor, your report that is Exhibit 1 is
14   on the letterhead of Atlantic Psychiatric Services.
15         A.    That's correct.
16         Q.    Is that a corporation, partnership,
17   limited liability corporation?
18         A.    I think it's -- it is -- well, I guess
19   it's an LLC.  I'm not sure.  I founded the practice in
20   1982, but I have since stepped down as managing partner.
21   I've been out about five years now.
22         Q.    Who is the managing partner now?
23         A.    William Yetter.
24         Q.    For purposes of this deposition, I'm
25   going to refer to the other physicians in your practice
```



```
 1        Q.   Does she say anything more than this; as,
 2   for instance, how to limit means?  Does she say that?
 3        A.   No, she doesn't say.
 4        Q.   And does she say anything about develop
 5   crisis management plan?  Does she say how that was going
 6   to be done?
 7        A.   No.
 8        Q.   Did she say how she was going to decrease
 9   anxiety and agitation?
10        A.   No.  I suspect she may have been more or
11   less a scribe or the charge nurse in her treatment and
12   was just documenting what was discussed about the
13   treatment of Miss Grese.
14        Q.   Is that because physicians usually don't
15   adopt nurses' treatment plans ab initio?
16        A.   I don't understand the question.
17        Q.   I say -- let me rephrase it.
18             In the practice of psychiatry, is it
19   customary for the psychiatrist to adopt the nurse's
20   treatment plan?
21        A.   No.  It's customary for the psychiatrist
22   and the treatment team to talk about what should be a
23   treatment plan for a specific or individual patient and
24   then, as I'm trying to point out, it's usually the nurse
25   that is sort of the scribe or the person who writes it
```



```
 1  down.
 2              So I suspect that La Barbara Williams'
 3  notation in the Virginia -- Veterans Administration's
 4  medical record was basically a synopsis of what was
 5  discussed between members of the treatment team, and
 6  that was to limit means, develop a crisis management
 7  plan, decrease anxiety and agitation.  That would mean
 8  that there would be different aspects of the treatment
 9  team that would develop different parts of these
10  recommendations.  Decrease anxiety and agitation would
11  be certain treatment interventions like, you know, DBT
12  treatment --
13       Q.     All of this is stuff she did not say; is
14  that correct?
15       A.     Who did not say?
16       Q.     La Barbara Williams, the one you're
17  quoting.
18       A.     Right.  She just said, "Limit means,
19  develop crisis management plan, decrease anxiety and
20  agitation."  That's all she said.
21       Q.     The rest is what you read into those
22  words.
23       A.     That comes from experience and having run
24  psychiatric hospitals and done treatment teams.
25              I suspect the VA psychiatrist would say
```



Exhibit 30
www.zahncourtreporting.com